IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DENNIS C. JACKSON, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 8:15CV447 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT FRAKES, Director, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

        IT IS ORDERED that the Respondent's motion for extension of time (filing no. 10) is granted.  The Respondent's answer and brief shall be due on or before June 8, 2016.

        DATED this 10th day of May, 2016.

                                BY THE COURT:

                                *Richard G. Kopf*
                                Senior United States District Judge