IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENNIS C. JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | 8:15CV447 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, Director, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

    IT IS ORDERED that the petitioner's motion for extension of time to file reply brief in response to Respondent's answer (filing no. 15) is granted. The petitioner's response is due on or before August 1, 2016.

    DATED this 5th day of July, 2016.

                                          BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          Senior United States District Judge