IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENNIS C. JACKSON, | |
| Petitioner, | 8:15CV447 |
| v. | |
| SCOTT FRAKES, Director, | ORDER |
| Respondent. | |

IT IS ORDERED that:

(1) The Petitioner's motion for evidentiary hearing (filing no. 19) is denied.

(2) The Petitioner's motion for additional documents to be added to the designation of state court records (filing no. 20) is denied as moot.

(3) The Respondent's motion for extension of time (filing no. 23) is granted. The Respondent's reply brief is due on or before October 17, 2016.

DATED this 30th day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge