IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENNIS C. JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | 8:15CV447 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, Director, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Judgment denying relief was entered in this case on October 26, 2016. Jackson filed a Motion for Extension of Time to File a Notice of Appeal on November 28, 2016, although the motion was mailed on November 22, 2016. The motion recites that Jackson did not receive the Judgment, and associated Memorandum and Order, until November 1, 2016. Accordingly,

IT IS ORDERED that the Motion for Extension of Time to File a Notice of Appeal (filing no. 30) is granted. Jackson is warned of the time limitations set forth in Federal Rule of Appellate Procedure 4(a)(5)(C) that govern this extension of time.

DATED this 30th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge