IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENNIS C. JACKSON, | |
| Petitioner, | 8:15CV447 |
| v. | |
| SCOTT FRAKES, Director, | ORDER |
| Respondent. | |

IT IS ORDERED that the petitioner's motion to proceed in forma pauperis (filing no. 32) is granted. No certificate of appealability is issued.

DATED this 1st day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge